| ✎ PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>1:21CR01088-001WJ |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER *(Rec. Court)*<br>2:23-cr-111 Judge Sargus |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>NEW MEXICO | DIVISION | |
|---|---|---|---|
| KEENEN RATTLIFF | NAME OF SENTENCING JUDGE<br>William P. Johnson | | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>05/13/2022 | TO<br>05/12/2025 |

| OFFENSE |
|---|
| Possession with Intent to Distribute a Mixture and Substance Containing Methamphetamine, 21 U.S.C. Sec. 841(a)(1), (b)(1)(C) |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF \_\_\_\_NEW MEXICO\_\_\_\_

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the NEW MEXICO upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 27, 2023

Date                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE \_\_\_SOUTHERN\_\_\_ DISTRICT OF \_\_\_OHIO\_\_\_

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/5/2023                  s/Edmund A. Sargus, Jr.

Effective Date               United States District Judge